## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| PSARA ENERGY, LTD., | § | |
| Plaintiff, | § | G-13-cv-239 |
| | § | |
| v. | § | ADMIRALTY |
| | § | |
| SPACE SHIPPING LTD.; BARBAROS | § | |
| MARITIME, LTD; GEDEN HOLDINGS, | § | |
| LTD; and GENEL DENIZCILIK NAKLIYATI | § | |
| A.S., | § | |
| Defendants. | § | |

## ORDER AUTHORIZING ISSUANCE OF PROCESS OF
## MARITIME ATTACHMENT AND GARNISHMENT

Having reviewed and considered the Motion for Issuance of Process of Maritime Attachment and Garnishment of Plaintiff PSARA ENERGY, LTD., and Plaintiff's Original Verified Complaint, together with the Affidavit of George A. Gaitas, and finding that the conditions of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure appear to exist, the Court hereby:

ORDERS the Clerk of the Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B directing the United States Marshal for the Southern District of Texas to attach any tangible or intangible personal property including but not limited to: the M/T POWER, belonging to Defendants, SPACE SHIPPING, LTD., BARBAROS MARITIME, LTD., GEDEN HOLDINGS, LTD., and GENEL DENIZCILIK NAKLIYATI A.S., within the Southern District of Texas; and

1

ORDERS that the United States Marshal for the Southern District of Texas shall:

A.    Seize and attach the M/T POWER;

B.    Serve a copy of the verified complaint, a copy of this Order, and a copy of the Process of Maritime Attachment and Garnishment on the person in possession of the vessel or his agent; and

ORDERS that during the period of attachment of the M/T POWER, the vessel's cargo shall not be seized.   Accordingly, at the risk and expense of the vessel's interests, normal operations, including cargo handling, may continue aboard the M/T POWER and the vessel is permitted to shift berths (consistent with the U.S. Marshal's requirements), always remaining within the Southern District of Texas, and within this Court's jurisdiction; and

ORDERS that Plaintiff shall agree to indemnify and hold harmless the United States Marshal for the Southern District of Texas for claims or liability arising out of the attachment of the M/T POWER; and

ORDERS that the M/T POWER may be released from seizure without the necessity of further orders of this Court, provided that: (a) the U.S. Marshal or Court appointed substitute custodian receives written authorization to do so from the attorney who requested the attachment and garnishment, stating that he has conferred with all attorneys representing parties to the litigation, including attorneys for any intervenors, and they consent to the request for the release; (b) the attorney files the consent; and (c) the Court has not entered any subsequent orders modifying this arrangement for the release of the property which was attached pursuant to this Order; and

2

ORDERS that the Clerk of the Court shall issue further, supplementary writs of maritime attachment and garnishment, on request of the Plaintiff and without further Order of this Court; and

ORDERS that any person claiming an interest in the property attached or garnished pursuant to this Order, specifically the M/T POWER, shall, upon application to the Court, be entitled to a prompt hearing in which Plaintiff shall be required to show why the attachment or garnishment should not be vacated or other relief granted.

SIGNED AND ENTERED this _____28th_____ day of June, 2013.

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
JOHN R. FROESCHNER

3