IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PSARA ENERGY, LTD., § | | |
| Plaintiff, § | | G-13-cv-239 |
| § | | |
| v. § | | ADMIRALTY |
| § | | |
| SPACE SHIPPING LTD.; BARBAROS § | | |
| MARITIME, LTD; GEDEN HOLDINGS, § | | |
| LTD; and GENEL DENIZCILIK NAKLIYATI § | | |
| A.S., § | | |
| Defendants. § | | |

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

TO:   THE UNITED STATES MARSHAL
      FOR THE SOUTHERN DISTRICT OF TEXAS

GREETINGS:

**WHEREAS**, Plaintiff, PSARA ENERGY, LTD., filed an Original Verified Complaint in the United States District Court for the Southern District of Texas on June 27, 2012, with a claim against Defendants, SPACE SHIPPING, LTD., BARBAROS MARITIME, LTD., GEDEN HOLDINGS, LTD., and GENEL DENIZCILIK NAKLIYATI A.S., in an amount of USD $886,923.33, together with interest, costs and attorney fees, with a prayer for process to attach said Defendants' tangible and intangible personal property, in an amount up to USD $886,923.33, accompanied by an Affidavit pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure stating that, to the best of affiant's knowledge, or on information and belief, the Defendants cannot be found within the District, together with a Motion for Issuance of Process of Maritime Attachment and Garnishment, and;

1

WHEREAS, the Court reviewed the Original Verified Complaint and Affidavit and found that the conditions of Rule B appeared to exist and entered an Order so stating and authorizing the issuance of process of maritime attachment and garnishment;

NOW THEREFORE, we hereby do empower, strictly charge and command you, the said Marshal, to attach all tangible or intangible property of the Defendants presently within this District, or assets expected in this District during the pendency of this action, comprised of debts, credits and effects, including, but not limited to: the M/T POWER, and/or any assets within the possession, custody or control of any other garnishee upon whom a copy of the Process of Maritime Attachment and Garnishment issued in this action may be served, be attached and garnished in an amount sufficient to answer Plaintiff's claim, until further Order of the Court;

We do further hereby empower, strictly charge and command you, the said Marshal, to execute this writ by:

(1) Attaching the M/T POWER and affixing a copy of the process in a conspicuous place onboard and leaving a copy of the complaint, Order authorizing issuance of process of maritime attachment and garnishment and process with the person having possession of the vessel or its agent;

We do further empower, strictly charge and command you, the said Marshal, to notify the Defendants as follows:

(1) A maritime attachment and garnishment has been filed pursuant to Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure against SPACE SHIPIPING LTD., BARBAROS MARITIME, LTD., GEDEN HOLDINGS, LTD., and GENEL DENIZCILIK NAKLIYATI A.S., Defendants in this action;

(2) Defendants are required to file with the Clerk of the United States District Court for the Southern District of Texas, with copy to the Plaintiff's attorneys, George A. Gaitas, Chalos & Co., 7210 Tickner Street, Houston, Texas 77055, within thirty (30) days of service of this Writ, an answer to Plaintiff's Original Verified Complaint.

Witness, the Honorable JOHN R. FROESCHNER, Judge of the United States District Court for the Southern District of Texas this 28th day of June 2013.

So Issued this 28th day of June, 2013.

United States District Clerk for the
Southern District of Texas

By: _____
JOHN R. FROESCHNER
Deputy Clerk